Glenn R. Kantor, State Bar No. 122643
Peter S. Sessions, State Bar No. 193301
KANTOR & KANTOR LLP
17216 Parthenia Street
Northridge, CA 91325
(818) 886-2525 (TEL)
(818) 350-6272 (FAX)
gkantor@kantorlaw.net
psessions@kantorlaw.net

Attorneys for Plaintiff
Karen Martinez

Stephen L. Schirle, State Bar No. 96085
Maureen L. Fries, State Bar No. 121463
P.O. Box 7442
San Francisco, CA 94120
(415) 973-6645 (TEL)
(415) 973-5520 (FAX)

Attorneys for Defendant
Pacific Gas & Electric Co. Long Term Disability Plan

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| KAREN MARTINEZ,<br><br>         Plaintiff,<br><br>   vs.<br><br>PACIFIC GAS & ELECTRIC COMPANY LONG TERM DISABILITY PLAN,<br><br>         Defendant. | Case No. 1:05-CV-00931 OWW-DLB<br><br>STIPULATION and ORDER TO CONTINUE SETTLEMENT CONFERENCE<br><br>[Declaration of Peter S. Sessions filed concurrently herewith]<br><br>Date:   June 19, 2006<br>Time:   10:00 a.m.<br>Ctrm:   9 (Hon. Dennis L. Beck) |

/ / /

/ / /

/ / /

/ / /

WHEREAS:

1. The settlement conference in this matter is currently scheduled to take place on June 19, 2006 at 10:00 a.m. before the Honorable Dennis L. Beck.;

2. Plaintiff's counsel has informed defense counsel that he has attempted to contact his client over the past three weeks several times by both telephone and correspondence to no avail regarding her attendance at the settlement conference;

3. Plaintiff's counsel has informed defense counsel that he is not certain that plaintiff will attend the settlement conference due to his inability to contact plaintiff;

4. The parties are both represented by attorneys whose offices are not in the Eastern District of California (plaintiff's counsel's offices are in Los Angeles while defense counsel's offices are in San Francisco);

5. The parties do not wish to waste the Court's valuable time, nor their time in traveling to Fresno for the settlement conference, if the possibility exists that plaintiff is not aware of the settlement conference and will not attend;

6. Now, therefore, it is hereby stipulated and agreed, subject to the Court's approval, that the Court continue the settlement conference for approximately 30 days, to July 17, 2006, or whatever date is convenient for the Court, to give plaintiff's counsel the opportunity to contact his client and remind her of the duties imposed upon her by the Court. The parties do not believe a continuance of any other dates is necessary.

DATED: June __, 2006           KANTOR & KANTOR LLP

_____/s/_____
Peter S. Sessions
Attorneys for Plaintiff
Karen Martinez

/ / /

1

| | | |
|---|---|---|
| 1 | DATED: June __, 2006 | PACIFIC GAS & ELECTRIC COMPANY LONG TERM DISABILITY PLAN |

_____/s/_____
Maureen L. Fries
Attorneys for Defendant
Pacific Gas & Electric Co. Long Term Disability Plan

## ORDER

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that the settlement conference, currently scheduled for June 19, 2006 at 10:00 a.m., be continued to [July 17, 2006 at 10:00 a.m.].

IT IS SO ORDERED.

**Dated:   June 15, 2006**              **_/s/ Dennis L. Beck_**
3b142a                                                   UNITED STATES MAGISTRATE JUDGE