1  Glenn R. Kantor, State Bar No. 122643
   Peter S. Sessions, State Bar No. 193301
2  KANTOR & KANTOR LLP
   17216 Parthenia Street
3  Northridge, CA 91325
   (818) 886-2525 (TEL)
4  (818) 350-6272 (FAX)
   gkantor@kantorlaw.net
5  psessions@kantorlaw.net

6  Attorneys for Plaintiff
   Karen Martinez
7

8  Mark H. Penskar, State Bar No. 77725
   Stephen L. Schirle, State Bar No. 96085
9  Maureen L. Fries, State Bar No. 121463
   P.O. Box 7442
10 San Francisco, CA 94120
   (415) 973-6645 (TEL)
11 (415) 973-5520 (FAX)

12 Attorneys for Defendant
   Pacific Gas & Electric Co. Long Term Disability Plan
13

14

15                UNITED STATES DISTRICT COURT

16       EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

17

18 | KAREN MARTINEZ,                    )  Case No. 1:05-CV-00931 OWW-DLB
19 |                                    )
20 |         Plaintiff,                 )  STIPULATION TO CONTINUE PRE-
   |                                    )  TRIAL CONFERENCE AND TRIAL
21 |    vs.                             )  DATES; ORDER
22 |                                    )
   |                                    )  Pre-Trial Conference:
23 | PACIFIC GAS & ELECTRIC             )
   | COMPANY LONG TERM                  )  Date:   November 13, 2006
24 | DISABILITY PLAN,                   )  Time:   11:00 a.m.
   |                                    )  Ctrm:   3
25 |         Defendant.                 )          Hon. Oliver W. Wanger
   | _____  )

26

27

28

WHEREAS:

1. The pre-trial conference in this matter is currently scheduled to take place on November 13, 2006 at 11:00 a.m., and the trial on December 12, 2006 at 9:00 a.m.;

2. Defendant Pacific Gas & Electric Company Long Term Disability Plan ("PG&E") has filed a motion for summary judgment;

3. PG&E's motion was initially noticed for hearing on October 2, 2006, but the Court continued the hearing, on its own motion, to the current date, November 6, 2006, i.e., only one week before the pre-trial conference;

4. The parties believe it would be an inefficient use of their time and resources, as well as the Court's, for the parties to prepare and file pre-trial documents when there is a possibility that the Court will resolve this action at the hearing on PG&E's motion;

5. Now, therefore, it is hereby stipulated and agreed, subject to the Court's approval, that the Court continue the pre-trial conference and trial dates for a brief period of approximately 30 days, or to whatever dates are convenient for the Court, to give the Court time to rule on PG&E's motion and so that the parties are not required to prepare and file possibly unnecessary pre-trial documents.

DATED: October __, 2006            KANTOR & KANTOR LLP


                                   _____
                                   Peter S. Sessions
                                   Attorneys for Plaintiff
                                   Karen Martinez

DATED: October __, 2006            PACIFIC GAS & ELECTRIC COMPANY
                                   LONG TERM DISABILITY PLAN


                                   _____
                                   Mark Penskar
                                   Attorneys for Defendant
                                   Pacific Gas & Electric Co. Long Term
                                   Disability Plan

1

## **ORDER**

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that the pre-trial conference, currently scheduled for November 13, 2006 at 11:00 a.m., be continued to January 3, 2007 at 11:00 a.m., and the trial of this matter, currently scheduled for December 12, 2006 at 9:00 a.m., be continued to February 20, 2007 at 9:00 a.m.

IT IS SO ORDERED.

**Dated:   November 7, 2006**            **/s/ Oliver W. Wanger**
emm0d6                                    UNITED STATES DISTRICT JUDGE