1  STEPHEN L. SCHIRLE #96085
   MARK H. PENSKAR #77725
2  77 Beale Street, B30A
   San Francisco, CA 94105
3
   Direct correspondence to:
4  MARK H. PENSKAR
   P.O. Box 7442
5  San Francisco, CA 94120
   Telephone: (415) 972-5672
6  Facsimile: (415) 973-5520

LODGED
NOV 2 2 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
      DEPUTY CLERK

FILED
DEC 0 C 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
      DEPUTY CLERK

7  Attorneys for Defendants
   PACIFIC GAS AND ELECTRIC COMPANY
8  LONG TERM DISABILITY PLAN

9              UNITED STATES DISTRICT COURT

10         EASTERN DISTRICT OF CALIFORNIA FRESNO DIVISION

11
12  KAREN MARTINEZ,                    No. 1:05-CV-00931 OWW-DLB

              Plaintiff,                **JUDGMENT**
13
14        v.

15  PACIFIC GAS & ELECTRIC COMPANY LONG
    TERM DISABILITY PLAN,
16
              Defendants.

17     This action came on for hearing before the Court on November 6, 2006, Hon. Oliver W.

18  Wanger, District Judge, presiding, on a Motion for Summary Judgment, and the evidence

19  presented having been fully considered, the issues having been duly heard and a decision having

20  been duly rendered,

21     IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be
22
    dismissed on the merits and that defendant Pacific Gas and Electric Company recover its costs.
23
    Dated:  12-5-06
24
25                                    BY_____
26                                         OLIVER W. WANGER
                                      UNITED STATES DISTRICT JUDGE
27
28

                                                                              JUDGMENT